JAMES MAISEL *v.* PATRICK J. HOGAN

The motion by the plaintiff for an extension of time in the appeal from the Superior Court in Hartford County is denied.

*Ronald Jacobs,* for the plaintiff.

*Robert B. Eddy,* for the defendant.

Argued October 2—decided October 2, 1962

STATE OF CONNECTICUT *v.* JOSEPH T. McSWEENEY

It appearing that the defendant in the above-entitled case has failed to prosecute his appeal from the Superior Court in New Haven County with proper diligence, it is ordered that the defendant's appeal be and hereby is dismissed.

*Dominic A. DePonte,* for the appellant (defendant).